IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

KAREN DENISE IBARRONDO,

    Plaintiff,

    v.

STATE FARM FIRE AND CASUALTY
COMPANY,

    Defendant.

CIVIL ACTION NO.: 5:25-cv-147

## O R D E R

Plaintiff filed a Motion for Leave to File an Amended Complaint.  Doc. 27.  Plaintiff did not attach a proposed Amended Complaint or provide the substance of any proposed amendments.  Instead, Plaintiff seeks permission to file a new Amended Complaint.  In the alternative, Plaintiff asks the Court to "allow Plaintiff's Second Amended Complaint to stand."[1] Id. at 3.  Defendant filed a Response opposing Plaintiff's request.  Doc. 29.  Defendant argues that Plaintiff's proposed amendment is procedurally improper and would be futile.  Id.

A plaintiff seeking to amend a complaint must "either attach a copy of the proposed amendment to the motion or set forth the substance thereof."  United States ex rel. Atkins v. McInteer, 470 F.3d 1350, 1361 (11th Cir. 2006) (citing Long v. Satz, 181 F.3d 1275 (11th Cir. 1999)).  Here, Plaintiff did neither.  In addition, Defendant makes a substantive legal argument that Plaintiff's proposed amendments are futile.  The Court does not have sufficient briefing from Plaintiff to assess this argument.  Therefore, I **DEFER** ruling on Plaintiff's Motion to

---

[1]    Plaintiff previously filed an Amended Complaint.  Doc. 15.  Defendant filed a motion to strike, arguing Plaintiff's amendment was procedurally improper.  Doc. 18.

Amend.  Plaintiff shall supplement the Motion to Amend by providing a proposed Amended Complaint or describing the substance of any proposed amendments.  Plaintiff may also provide briefing responsive to Defendant's futility arguments.  Plaintiff must file any proposed amendment and briefing within **14 days** of the date of this Order.

**SO ORDERED**, this 24th day of February, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA