# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

KAREN DENISE IBARRONDO,

    Plaintiff,

    v.

STATE FARM FIRE AND CASUALTY
COMPANY,

    Defendant.

CV 5:25-147

## ORDER

Defendant has moved to dismiss Plaintiff's second amended complaint. Dkt. No. 18.  For the reasons below, Defendant's motion is **DENIED as moot**.

## LEGAL STANDARD

A party may amend its pleading with the Court's leave.  Fed. R. Civ. P. 15(a)(2).  An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) (citations omitted) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiff timely filed her third amended complaint with the Court's leave pursuant to Rule 15(a)(2). See Dkt. Nos. 35, 36. Plaintiff's third amended complaint supersedes the second amended complaint. Defendant's motion to dismiss, dkt. no. 18, has thus been rendered moot by Plaintiff's filing of her third amended complaint.

## CONCLUSION

Defendant's motion to dismiss, dkt. no. 18, as well as Plaintiff's motion for leave to amend, dkt. no. 27, are **DENIED as moot.**

SO ORDERED, this ___ day of April, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2